UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HASSAN CRAWFORD,

    Plaintiff,

vs.

DIVERSIFIED ADJUSTMENT
SERVICE, INC., et al.,

    Defendants.

Case No. 1:15-cv-197

Black, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

    On March 25, 2015, plaintiff was granted a thirty-day extension of time to pay the required filing fee or resubmit his application to proceed *in forma pauperis* with the appropriate notarization or declaration under penalty of perjury. (Doc. 2). Plaintiff was advised that his complaint will not be deemed "filed" until the appropriate filing fee is paid or he is granted leave to proceed *in forma pauperis*. *See Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). Plaintiff was also advised that if he fails to pay the filing fee or resubmit his application to proceed *in forma pauperis* within thirty days, the undersigned would issue a report recommending that his application to proceed without prepayment of fees or costs be denied. (Doc. 2).

    To date, more than thirty days later, plaintiff has failed to comply with the Court's order. Plaintiff's "notice: Verifications" filed on April 21, 2015 (Doc. 3) does not address the deficiencies noted above. Accordingly, it is **RECOMMENDED** that plaintiff's motion for leave to proceed *in forma pauperis* be denied and that this matter be closed and terminated on the docket of this Court.

4/29/15
Date

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HASSAN CRAWFORD,
Plaintiff,

vs.

DIVERSIFIED ADJUSTMENT
SERVICE, INC., et al.,
Defendants.

Case No. 1:15-cv-197
Black, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).