UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HASSAN CRAWFORD, : Case No. 1:15-cv-197
:
    Plaintiff, : Judge Timothy S. Black
: Magistrate Judge Karen L. Litkovitz
vs. :
:
DIVERSIFIED ADJUSTMENT :
SERVICE, INC., *et al.*, :
:
    Defendants. :

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE   (Doc. 4)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 29, 2015, submitted a Report and Recommendations.  (Doc. 4).  Plaintiff did not file any objections.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.  Accordingly, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED** and this civil action is **TERMINATED**.

**IT IS SO ORDERED.**

Date: 5/19/15

_____
Timothy S. Black
United States District Judge